IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 3:24CR14 |
| | ) | |
| Plaintiff, | ) | JUDGE JEFFREY J. HELMICK |
| | ) | |
| v. | ) | |
| | ) | |
| JEREMY DAVID ADAMS, | ) | GOVERNMENT'S MOTION FOR |
| | ) | LEAVE TO FILE MOTION EX PARTE |
| Defendant. | ) | AND UNDER SEAL REGARDING A |
| | ) | DISCLOSURE MATTER |

Now comes the United States of America, by and through its counsel, Rebecca C. Lutzko, United States Attorney for the Northern District of Ohio, and Tracey Ballard Tangeman and Sara A. Al-Sorghali, Assistant United States Attorneys, and respectfully requests the Court's permission to file a motion ex parte and under seal regarding a disclosure matter.

Respectfully submitted,

REBECCA C. LUTZKO
UNITED STATES ATTORNEY

By: /s/ *Tracey Ballard Tangeman*
/s/ *Sara A. Al-Sorghali*
Tracey Ballard Tangeman (0069495)
Sara A. Al-Sorghali (0095283)
Assistant United States Attorneys
Four Seagate, Suite 308
Toledo, OH 43604
Phone: (419) 259-6376
Email: Tracey.Tangeman@usdoj.gov
Sara.Al-Sorghali@usdoj.gov

1