IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 3:24CR00014 |
| | ) | |
| Plaintiff, | ) | JUDGE JEFFREY J. HELMICK |
| | ) | |
| v. | ) | |
| | ) | |
| JEREMY DAVID ADAMS, | ) | **UNOPPOSED MOTION TO EXTEND** |
| | ) | **DEADLINE FOR JOINT PROPOSED** |
| Defendant. | ) | **JURY INSTRUCTIONS** |

NOW COMES the Plaintiff, United States of America, and Defendant, Jeremy David Adams, by and through their undersigned counsel, who respectfully submit the following Unopposed Motion to Extend Deadline for Joint Proposed Jury Instructions. Pursuant to an in person pretrial conference held on February 15, 2024, the parties were requested to conference in order to discuss Joint Proposed Jury Instructions and a deadline to file the Joint Proposed Jury Instructions was ordered due on March 15, 2024. The parties conferenced on March 13, 2024. The Joint Proposed Jury Instructions may be dependent on the Court's ruling on the Defendant's Expert and/or a Daubert Challenge.

Therefore, the Government is hereby requesting the deadline for filing Joint Proposed Jury Instructions be extended 60 days. Defendant has indicated there is no opposition to this request.

Respectfully submitted,

REBECCA C. LUTZKO
United States Attorney

By: */s/ Tracey Ballard Tangeman*
By: */s/ Sara A. Al-Sorghali*
Tracey Ballard Tangeman (OH: 0069495)
Sara A. Al-Sorghali (OH: 0095283)
Assistant United States Attorneys
Four Seagate, Suite 308
Toledo, OH 43604
(419) 259-6376
Tracey.Tangeman@usdoj.gov
Sara.Al-Sorghali@usdoj.gov

Dated:  March 15, 2024