Virginia Judiciary
Online Case Information System 2.0



Return to Search Results

## Williamsburg/James City County Circuit Court *(details)*

Subscribe

Case #: **CR14023534-00**
Defendant: **ADAMS, JEREMY DAVID**

### Defendant Information
Address: **NAGS HEAD, NC 27959**
Gender: **MALE**
Race: **WHITE**
DOB: **07/03/****
Attorney: **(Waived)**

### Case/Charge Information
Defendant Status: **BAIL**
Filed Date: **04/02/2014**
Locality: **COMMONWEALTH OF VA**
Code Section: **18.2-460**
Charge: **OBSTRUCT JUSTICE W/O FORCE**
Offense Tracking Number: **830GM1300007334**
Case Type: **MISDEMEANOR**
Class: **CLASS 1**
Commenced By: **GENERAL DISTRICT COURT APPEAL**
Offense Date: **10/13/2013**
Arrest Date: **10/13/2013**
Amended Code Section:
Amended Charge:
Amended Case Type:
Amended Class:

### Appeal Information
Appeal Date:

### Hearing Information

| Date | Time | Result | Type | Courtroom | Plea | Duration | Jury |
|---|---|---|---|---|---|---|---|
| 06/04/2014 | 08:30 AM | SENTENCED | JURY TRIAL | | NOT GUILTY | 1 Day(s) | YES |
| 05/21/2014 | 01:01 PM | DEF. REQUESTS JURY TRIAL | ADVISE ABOUT ATTORNEY ARRANGEMENTS | | | | |
| 05/21/2014 | 01:00 PM | SET FOR TRIAL | TERM | | | | |

### Disposition Information
Disposition: **GUILTY**
Disposition Date: **06/04/2014**
Concluded By: **TRIAL - JURY**
Jail/Penitentiary:
Concurrent/Consecutive:
Life/Death:
Sentence Time:
Sentence Suspended:
Program Type:
Probation Type:
Probation Time:
Probation Starts:
Operator License Suspension Time:

Restriction Effective Date:
Operator License Restrictions:
Military:
Traffic Fatality:
Court/DMV Surrender:
Driver Improvement Clinic:
VASAP:
Restitution Paid:
Restitution Amount: **$0.00**
Fine: **$500.00** *
Costs: **$976.00** *
Fine/Costs Paid:
Fine/Costs Paid Date:
* This system cannot process online payments at this time. Please refer to ' How to Pay Traffic Tickets and Other Offenses ' for more information.

## Service/Process

No Services/Processes found.

## Pleadings/Orders

| Seq. # | Date | Type | Party | Judge | Book & Page | Instrument | Remarks |
|---|---|---|---|---|---|---|---|
| 5 | 06/04/2014 | FINAL ORDER | | MEM | | | CONVICTION/SENTENCING |
| 4 | 06/04/2014 | CLERKS NOTICES | | | | | FINES/COSTS |
| 3 | 05/27/2014 | ORDER | | MEM | | | WAIVE ATTORNEY |
| 2 | 02/28/2014 | PRETRIAL REPORTS | CCC | | | | GDC |
| 1 | 04/02/2014 | GD PAPERWORK | | | | | |

Return to Search Results

Home | Virginia's Court System | Online Services | Case Status and Information | Court Administration | Directories | Forms | Judicial Branch Agencies | Programs
Copyright © Office of the Executive Secretary, Supreme Court of Virginia, 2019. All Rights Reserved.
Build Number: 3.0.2.55