IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 3:24CR14 |
| | ) | |
| Plaintiff, | ) | JUDGE JEFFREY J. HELMICK |
| | ) | |
| v. | ) | |
| | ) | |
| JEREMY DAVID ADAMS, | ) | **GOVERNMENT'S THIRD AMENDED** |
| | ) | **WITNESS LIST** |
| Defendant. | ) | |

The United States of America, through the United States Attorney for the Northern District of Ohio, Rebecca C. Lutzko, by Assistant U.S. Attorneys, Tracey B. Tangeman and Sara Al-Sorghali, hereby submits its list of prospective witnesses at trial. However, the government reserves the right to amend this witness list at any time prior to trial, and/or call in its case-in-chief or on rebuttal any witness who establishes chain of custody even if not noted on this witness list, and/or who rebuts a claim, whether made before or during trial, by Defendant or defense counsel, even if the witness is not identified in any filed witness list.

| Name | Agency |
|---|---|
| Special Agent (hereinafter "SA") Jason Guyton | Department of Homeland Security, Homeland Security Investigations, Cleveland |
| Amy Allen | Forensic Interview Specialist, Department of Homeland Security, Homeland Security Investigations, Cleveland |
| SA Stephanie Augusta | Department of Homeland Security, Homeland Security Investigations, San Francisco |
| Task Force Officer (hereinafter "TFO")/Investigator Darryl Holcombe | TFO, computer forensic examiner, Department of Homeland Security, Homeland Security Investigations, California, and Investigator with Contra Costa County, California, District Attorney's Office |
| Det. Pat Mazerski | Detective, computer forensic examiner, Contra Costa, County, California Sheriff's Office, High Tech Crimes Unit |

| Name | Agency |
|---|---|
| Sgt. Joseph Nunemaker | Sergeant and computer examiner, Brentwood, California Police Department |
| Off. J. Stanley | Brentwood, California Police Department |
| Off. Lindsie Laughridge | Brentwood, California Police Department |
| Off. Christopher McBride | Brentwood, California Police Department |
| Off. Ryan Rezentes | Brentwood, California Police Department |
| Off. Christopher Bollinger | Brentwood, California Police Department |
| Off. Ilonka Inerbichler | Brentwood, California Police Department |
| Keeper of Records | Baymont by Wyndham Hotel, 10753 Airport Hwy, Swanton, Ohio |
| K.A., also known as K.M. | Lay witness[1] |
| Kathryn Beddingfield | Lay witness |
| Keeper of Records | CCNO, 3151 County Road 2425, Stryker, Ohio 43557 |
| Keeper of Records for Inmate Calls and Communications | CCNO, 3151 County Road 2425, Stryker, Ohio 43557 |
| Keeper of Records | Yahoo |
| Keeper of Records Body Camera Recordings | Brentwood Police Department |
| Katherine Tippets | Lay witness |
| Keeper of Records for Inmate Calls and Communications | ViaPath/Global Tel Link Corporation |

        Respectfully submitted,

        REBECCA C. LUTZKO
        UNITED STATES ATTORNEY

By:    /s/ *Tracey Ballard Tangeman*
       Assistant U.S. Attorney (OH: 0069495)
       Tracey Ballard Tangeman
       Tracey.Tangeman@usdoj.gov

By:    /s/ *Sara A. Al-Sorghali*
       Assistant U.S. Attorney (OH: 0095283)
       Sara A. Al-Sorghali

---

[1] This is the victim in this case. The Defendant knows who this individual is, but this individual's identity is being protected herein.

Sara.Al-Sorghali@usdoj.gov
Four Seagate, Suite 308
433 N. Summit St.
Toledo, Ohio 43604
Tel. No. (419) 259-6376
Fax No. (419) 259-6360

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2024, the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

/s/ *Tracey Ballard Tangeman*
Tracey Ballard Tangeman
Assistant U.S. Attorney