THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 3:24CR14 |
| Plaintiff, | ) ) | JUDGE JEFFREY J. HELMICK |
| v. | ) ) | |
| JEREMY D. ADAMS, | ) ) | STIPULATION: |
| | ) ) | APPLE IPHONES MANUFACTURED OUTSIDE OHIO AND U.S. |
| Defendant. | ) | |

IT IS STIPULATED and agreed by and between the parties, the plaintiff, United States of America, by and through its counsel, Rebecca C. Lutzko, United States Attorney, and Tracey Ballard Tangeman and Sara A. Al-Sorghali, Assistant United States Attorneys, and defendant Jeremy D. Adams, with the advice and consent of Claire Cahoon, attorney for the defendant, that:

1. Apple iPhones, which includes the Apple iPhone 6s, have never been manufactured in the state of Ohio. The parties stipulate that all iPhones made by Apple are, and have been since their inception, manufactured and assembled in Asia.

Respectfully submitted,

By: REBECCA C. LUTZKO
    United States Attorney

/s/ *Tracey Ballard Tangeman*
Tracey Ballard Tangeman (0069495)
Tracey.Tangeman@usdoj.gov

/s/ *Sara A. Al-Sorghali*
Sara A. Al-Sorghali (0095283)
Sara.Al-Sorghali@usdoj.gov
Assistant United States Attorneys
Four Seagate, Suite 308
433 N. Summit St.
Toledo, Ohio 43604
Tel.: (419) 259-6376

By: STEPHEN NEWMAN
    Federal Public Defender

/s/ *Claire R. Cahoon*
Claire R. Cahoon (0082335)
Claire_Cahoon@fd.org
617 N. Adams Street, 2nd floor
Toledo, Ohio 43604
Tel.: (419) 259-7370
Fax: (419) 259-7375