# United States District Court for the Northern District of Ohio

United States

**Plaintiff,**

vs.

CASE NO. 24cr14

Judge Jeffrey Helmick

Jeremy Adams

**Defendant.**

# NOTICE OF APPEAL

Notice is hereby given that Jeremy Adams,
(here name all parties taking the appeal)

hereby appeal to the United States Court of Appeals for the Sixth Circuit from

the denial of release from detention (R. 190)

(the final judgment) (from an order (describing it))

entered in this action on the 22 day of July, 2024.

(s) Claire R. Cahoon

Address: 617 Adams Street
Toledo, OH 43604

Phone #: 419-259-7370

Attorney for Jeremy Adams

6CA-3