IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 3:24-CR-14 |
| Plaintiff, | ) | JUDGE JEFFREY J. HELMICK |
| v. | ) | **JOINT PROPOSED STATEMENT OF CASE** |
| JEREMY DAVID ADAMS, | ) | |
| Defendant. | ) | |

NOW COME the Plaintiff, United States of America, and Defendant, Jeremy David Adams, (collectively, the "Parties"), by and through their undersigned counsel, who respectfully submit the following Joint Proposed Statement of the Case.

Respectfully submitted,

/s/ *Tracey Ballard Tangeman*
/s/ *Sara A. Al-Sorghali*
Tracey Ballard Tangeman (OH: 0069495)
Sara A. Al-Sorghali (OH: 0095283)
Assistant United States Attorneys
Four Seagate, Suite 308
Toledo, OH 43604
Phone: (419) 259-6376
Tracey.Tangeman@usdoj.gov
Sara.Al-Sorghali@usdoj.gov

/s/ *Claire R. Cahoon*
Claire R. Cahoon (OH: 0082335)
Assistant Federal Public Defender
Donna M. Grill (OH: 0062141)
Assistant Federal Public Defender
Krysten E. Beech (OH: 0094020)
Research & Writing Attorney
617 Adams Street, Second Floor
Toledo, OH 43604
Phone: (419) 259-7370
claire_cahoon@fd.org
donna_grill@fd.org
krysten_beech@fd.org

The government alleges that from on or about February 1, 2017 to on or about November 30, 2017, Jeremy David Adams employed, used, persuaded, induced, enticed, or coerced a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct. Mr. Adams maintains that he is innocent of the charge.