IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 3:24-CR-14 |
| | ) | |
| Plaintiff, | ) | JUDGE JEFFREY J. HELMICK |
| | ) | |
| v. | ) | |
| | ) | |
| JEREMY DAVID ADAMS, | ) | |
| | ) | |
| Defendant. | ) | NOTICE OF APPEARANCE |

Now comes the United States of America, by and through its attorneys, David M. Toepfer, United States Attorney, and James L. Morford, Assistant United States Attorney, and hereby enters his appearance as co-counsel of record [re: forfeiture] for the government in the within action, and respectfully requests that all future notices and entries additionally be sent by this Court to Assistant United States Attorney James L. Morford.

                                        Respectfully submitted,

                                        DAVID M. TOEPFER
                                        United States Attorney

By:   /s/ James L. Morford
           James L. Morford (OH: 0005657)
           Assistant United States Attorney
           United States Court House
           801 West Superior Avenue, Suite 400
           Cleveland, OH 44113
           (216) 622-3743
           (216) 522-7499 (facsimile)
           James.Morford@usdoj.gov